AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah



| | |
|---|---|
| GEAC Computers | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| T.W.C. Construction Inc | |
| | Case Number: 2:99cv795B |

IT IS ORDERED AND ADJUDGED

that the plaintiff's complaint is dismissed without prejudice for lack of personal jurisdiction over the defendant.

| | |
|---|---|
| January 26, 2000 | Markus B. Zimmer |
| Date | Clerk |
| | *(By) Deputy Clerk* |

Entered on docket
1/27/00 by:
Deputy Clerk

15

                                                                  jag
                         United States District Court
                                  for the
                             District of Utah
                            January 27, 2000


                    * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:99-cv-00795


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


    Mr. Randall A Mackey, Esq.
    170 South Main Street #900
    Salt Lake City, UT   84101-1655

    Robert Badal, Esq.
    BELIN RAWLINGS & BADAL
    11601 WILSHIRE BLVD #2200
    LOS ANGELES, CA   90025

    Mr. Jeffery Fillmore, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT   84145-0898
    JFAX 9,5366111